

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00108-CR

TIMOTHY EDWARD DEPAEPE                                          APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

### FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1387145D

----------

## MEMORANDUM OPINION[1]

----------

On March 15, 2016, Appellant Timothy Edward Depaepe signed and filed a pro se notice of appeal from the trial court's April 17, 2015 judgment (or perhaps from the trial court's May 18, 2015 judgment nunc pro tunc).  Although we have notified Appellant of our concern that we lack jurisdiction over this

---

[1]*See* Tex. R. App. P. 47.4.

appeal because the notice of appeal was not timely filed, we have not received a response.[2]  Accordingly, we dismiss this appeal for want of jurisdiction.[3]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  June 16, 2016

---

[2]*See* Tex. R. App. P. 25.2(b), 26.2(a)(1).

[3]*See* Tex. R. App. P. 43.2(f).